UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DANIEL ZAMBRANO-CEDENO** | **CIVIL DOCKET NO. 2:23-CV-01639** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **FELIPE MARTINEZ, JR.** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 5] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the PETITION FOR *HABEAS CORPUS* [Doc. 1] be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers on this this 12th day of November, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE